United States District Court
Southern District of Texas

**ENTERED**

June 11, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGINALD W. COLLINS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01293 |
| | § | |
| MORAN MARTINEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Reginald W. Collins, Jr. filed this suit while confined in the Harris County Jail. On April 9, 2025, the Court ordered the plaintiff to submit a More Definite Statement to clarify his claims and warned him that the failure to comply with the order within thirty days could result in the dismissal of this case for want of prosecution. Doc. No. 6. In addition, the Court granted Collins's motion for leave to proceed *in forma pauperis*, ordering him to pay $5 a month towards the $350 filing fee pursuant to *Gay v. Texas Dep't of Corrections, State Jail Div.*, 117 F.3d 240, 242 (5th Cir. 1997). *See* Doc. 5. His first installment was due on or before May 15, 2025. *Id.* at 2. He was also ordered to provide a More Definite Statement to clarify his claims. Doc. No. 8. To date, he has not paid the fee, nor has he submitted a More Definite Statement as required. In its notices, the Court has warned the plaintiff that if he does not comply with the Court's orders that this case would be dismissed. *Id.*

1 / 2

The plaintiff's failure to pursue this action leads the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a district court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (stating that "[t]he failure to comply with an order of the court is grounds for dismissal with prejudice"); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

The plaintiff is advised, however, that relief from this order may be granted upon a proper showing in accordance with Rule 60(b) of the Federal Rules of Civil Procedure within thirty days of the date of this Order. A proper showing includes, at minimum, full compliance with the Court's previous instructions and orders, regarding paying the filing fee in installments and submitted a More Definite Statement as required.

Accordingly, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice for want of prosecution.

2. All pending motions, if any, are **DENIED as MOOT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this ___11th___ day of June 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2 / 2